McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DOREEN BLANCHARD,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-CV-00628-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

      It is hereby stipulated, by and between Doreen Blanchard (Plaintiff) and Andrew Saul, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of thirty (30) days to file his Opposition to Plaintiff's Opening Brief. The current due date is February 3, 2020. The new date will be March 4, 2020. Defendant requests this extension because the attorney responsible for briefing this case has a chronic health condition that requires her to take intermittent leave and is contending with an unusually heavy workload, including several Ninth Circuit cases. This request is made in good faith with no intention to unduly delay the proceedings. The

Stip. & Prop. Order for Ext.; 19-628                 1

Commissioner sincerely apologizes to this Court and to Plaintiff for any inconvenience cause by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, with Plaintiff's reply brief due March 19, 2020.

Respectfully submitted,

Dated: January 24, 2020 /s/ *Cyrus Safa*
(*as authorized via email on January 24, 2020)
CYRUS SAFA
Attorney for Plaintiff

Dated: January 24, 2020 McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Gina Tomaselli*
GINA TOMASELLI
Special Assistant U.S. Attorney

Attorneys for Defendant

In accordance with paragraph 8 of the Scheduling Order (Doc. 3), Plaintiff's reply brief, if any, shall be filed within 15 days of service of Defendant's opposition brief.

IT IS SO ORDERED.

Dated: **January 24, 2020** /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE